**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000354
29-SEP-2025
09:01 AM
Dkt. 34 OGMD**

NO. CAAP-25-0000354

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOHN I. HARVEY, III, Plaintiff-Appellant, v.
RAYNA HARVEY, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2DV191000391)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, and McCullen, and Guidry, JJ.)

Upon consideration of Plaintiff-Appellant John I. Harvey, III's September 17, 2025 "Motion for Dismissal of the Appeal" (**Motion**), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, September 29, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge